Gail HUECKER, Commissioner, Department of Economic Security, Division of Public Assistance, Appellant,

v.

Harley THURSTON, Appellee.

Court of Appeals of Kentucky.

March 22, 1974.

Paul E. Tierney and Forest Smith, Frankfort, for appellant.

Robert L. Bertram, Jamestown, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Daniel ZEPF, Appellant,

v.

Herbert B. FRANCIS, M.D., Appellee.

Court of Appeals of Kentucky.

March 22, 1974.

Gary L. Gardner, John E. Taylor, Eubanks, Gardner & Lorenz, Louisville, for appellant.

William B. O'Neal, Cincinnati, Ohio, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.